# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1195

_____

Lisa Strickland,                              *
                                              *
              Appellant,                      *
                                              *    Appeal from the United States
      v.                                      *    District Court for the
                                              *    Western District of Missouri.
Saint Lukes Health System,                    *
                                              *    [UNPUBLISHED]
              Appellee.                       *

_____

Submitted: May 28, 2010
Filed: June 2, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Lisa Strickland appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action. Having carefully reviewed the record and considered Strickland's arguments, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (de novo standard of review), we conclude summary judgment was proper for the reasons the district court stated. Accordingly, we affirm, and we grant appellee's motion to strike. See 8th Cir. R. 47B.

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.